176 So. 472

## Lena WILLIAMS v. STATE.

### 8 Div. 824.

Supreme Court of Alabama.

Oct. 14, 1937.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

The petition seeks to review judgment and conclusion of the Court of Appeals on matters of fact, and the opinion of the Court of Appeals does not state the facts, nor the evidence on which such conclusion is based; therefore, under the uniform ruling here, there is nothing to review, and the writ will be denied. Birmingham Gas Co. v. Sanders, 230 Ala. 649, 162 So. 532.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.